# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building & U.S. Courthouse
207 NW Second Street
Ocala, Florida 34475
(352) 369-4860

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Lisa Fannin<br>Division Manager |

September 9, 2020

**UNITED STATES OF AMERICA**

v                                                                                  **CASE NO: 5:20-cr-40-Oc-28PRL**

**JOSEPH SAMUEL CATALANO**

---

## NOTICE OF SURRENDERED U.S. PASSPORT

To:   U.S. Department of State
      CA/PPT/L/LA
      44132 Mercure Circle
      PO Box 1227
      Sterling, VA 20166-1227

**PURSUANT** to the Court's order entered on September 9, 2020 in the above styled case, the Defendant's passport, **Number 482311620** was surrendered to the custody of the Clerk of Court on September 9, 2020. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | 12/08/1965 |
| Defendant's place of birth: | Illinois, U.S.A. |
| Passport received from: | Joseph Samuel Catalano |
| Passport issued to: | Joseph Samuel Catalano |
| Date of issuance: | 05/20/2011 |

ELIZABETH M. WARREN, CLERK

By *Mari Jo Taylor*
Mari Jo Taylor, Deputy Clerk

c:   Counsel and Unrepresented Defendant
     Pretrial Services (if before Judgment)
     Probation Office (if after Judgment)
     Appropriate Agency Listed Above
     Passport Coordinator