AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:20-cr-40-Oc-28??? |
| JOSEPH SAMUEL CATALANO | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

*(stamps: MIDDLE FLORIDA ORLANDO 2020 JUN 18 AM 10: 54; RECEIVED U.S. MARSHAL 2020 SEP -9 PM 4: 05; FILED)*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOSEPH SAMUEL CATALANO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count One - False Statements (18 U.S.C. § 1001)

Date: 06/18/2020

*Issuing officer's signature*

City and state: Orlando, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* June 18, 2020, and the person was arrested on *(date)* September 9, 2020
at *(city and state)* Ocala, FL

Date: September 9, 2020

*Arresting officer's signature*

S. Louis Billyer, DHS OIG
*Printed name and title*