# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

VS.                                                                  CASE NO: 5:20-cr-40-Oc-28PRL

JOSEPH SAMUEL CATALANO

## ORDER

**THIS CAUSE** is before the Court on Defendant Joseph Samuel Catalano's Unopposed Motion as to Status of the Case and Notice of Unavailability (Doc. No. 45) filed on November 17, 2020.

Upon consideration, **IT IS ORDERED** that Defendant Joseph Samuel Catalano's Unopposed Motion as to Status of the Case and Notice of Unavailability (Doc. No. 45) is **STRICKEN**. Counsel can appear by telephone at the status conference. Counsel for Defendant is directed to call 1-888-684-8852, access code 4135515 and security code 112020 at least 5 minutes prior to the start time of the hearing.

**DONE** and **ORDERED** in Orlando, Florida on November 18th, 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Attorney
Counsel for Defendant