# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO. 5:20-cr-40-JA-PRL

JOSEPH SAMUEL CATALANO

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion to Wear Civilian Clothes at Sentencing and Motion for Release from Custody Before Sentencing Hearing based on a change in circumstances (Doc. No. 94, filed February 1, 2021) and the Government Response in Opposition (Doc. No. 96, filed February 5, 2021).

Upon consideration of the above, Defendant's Motion (Doc. No. 94) is **DENIED.** Counsel for the defendant may contact the United States Marshal's Service regarding their policies.

**DONE** and **ORDERED** in Orlando, Florida, on February 9, 2021.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Joseph Samuel Catalano